**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joanne Lawrence                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14010 amc

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                          Respectfully submitted,

                                          **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                                          Rebecca A. Solarz
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322