```
             IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                    :     CHAPTER 13
                               :
     Joanne Lawrence           :     No.  20-14010-AMC
          Debtor               :
```

ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1

AND NOW, upon consideration of the Application for Extension of Time to file the required document it is hereby ORDERED and DECREED that Debtors are given an extension of time of (14) days until November 4, 2020, by which date the required document must be filed.

**Date: October 22, 2020**   _____
HONORABLE ASHELY M. CHAN DATED:
U.S. BANKRUPTCY JUDGE