# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                   Chapter 13

        JOANNE  LAWRENCE                     Bankruptcy No. 20-14010-AMC

        1541 E. UPSAL STREET

        PHILADELPHIA, PA 19150

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOANNE  LAWRENCE

    1541 E. UPSAL STREET

    PHILADELPHIA, PA 19150

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 11/19/2020                                                                                   /s/ William C. Miller

                                                                                                         _____
                                                                                    William C. Miller, Esquire
                                                                                    Chapter 13 Standing Trustee