# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joanne Lawrence<br>         Maurice D. Lawrence<br>                    Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>                    Movant<br>         vs. | NO. 20-14010 amc |
| Joanne Lawrence<br>Maurice D. Lawrence<br>                    Debtor(s) | |
| United States Trustee<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **March 11, 2021 (Doc. No. 22)**.

                                        Respectfully submitted,


                                        /s/ Rebecca A. Solarz, Esq.
                                        _____
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: April 6, 2021