United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14010-amc |
| Joanne Lawrence | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2021 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanne Lawrence, 1541 E. Upsal Street, Philadelphia, PA 19150-1419 |
| 14548520 | + | Advanced Family Dentistry, 327 Township Line Road, Elkins Park, PA 19027-2222 |
| 14559581 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14548521 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14548525 | + | Gloria Brooks & Leslie Brooks, 6631 UBER STREET, Philadelphia, PA 19138-3133 |
| 14548526 | | Grimley Financial Corporation, 1415 Route 70 E Ste LL5, Cherry Hill, NJ 08034-2229 |
| 14548527 | + | Jeffrey R Lessin, Esq., 1515 Markets Street, Suite 1650, Philadelphia, PA 19102-1918 |
| 14548528 | | Main Line Heatlh, Patient Payments, P.O. 780163, Philadelphia, PA 19178-0163 |
| 14548530 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 14551883 | + | PNC Mortgage,A Division of PNC,National Associatio, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14548529 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14558933 | + | Valley National Bank, PO Box 953, Wayne NJ 07474-0953 |
| 14548532 | + | Vnb- Loan Services Inc, 1460 Valley Road, Wayne, NJ 07470-8437 |
| 14548533 | + | WILEY, LYTLE & COSGROVE, 1880 JFK BLVD, SUITE 1120, Philadelphia, PA 19103-7422 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14570097 | | Email/Text: megan.harper@phila.gov | Apr 07 2021 04:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14548522 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2021 05:28:27 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14548523 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2021 05:05:09 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14566796 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2021 04:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14552008 | | Email/Text: mrdiscen@discover.com | Apr 07 2021 04:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14548524 | + | Email/Text: mrdiscen@discover.com | Apr 07 2021 04:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14566736 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2021 05:04:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14569189 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 07 2021 04:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14548531 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:14:42 | Syncb/car Care Contine, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14569297 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:04:31 | Synchrony Bank, c/o PRA Receivables |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: 155 | Total Noticed: 24 |

Management, LLC, PO Box 41021, Norfolk VA 23541-1021

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Joanne Lawrence dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joanne Lawrence
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14010−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 6, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

29
Form 155