IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re:   Joanne Lawrence | ) | Chapter 13 | |
| | ) | | |
| | ) | 20-14010-AMC | |
| Debtor(s) | ) | | |
| | ) | | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,300.00 is allowed and the balance in the amount of $4,300.00 shall be paid by the Chapter 13 Trustee to the extent provided for by the plan.

**Date: May 25, 2021**

_____
HONORABLE ASHELY M. CHAN        DATED:
U.S. BANKRUPTCY JUDGE