# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 20-14010-AMC

JOANNE  LAWRENCE

1541 E. UPSAL STREET

PHILADELPHIA, PA 19150

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOANNE  LAWRENCE

1541 E. UPSAL STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

/S/ Kenneth E. West

Date: 11/16/2021

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee