# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOANNE LAWRENCE<br><br>Debtor. | Chapter 13<br><br>Case No. 20-14010 (AMC)<br><br>Hearing Date: November 15, 2022 at 11 a.m. (ET)<br>Objection Deadline: November 3, 2022 |

## NOTICE OF MOTION OF GLORIA AND LESLIE BROOKS
## FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on October 19, 2022, Thomas D. Bielli, Counsel to the Movants ("Counsel") filed the attached *Motion of Gloria and Leslie Brooks for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for Eastern District of Pennsylvania (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 and served upon and received by the undersigned Counsel on or before **November 3, 2022.**

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Ashely M. Chan, United States Bankruptcy Judge for the Eastern District of Pennsylvania, at the Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, Courtroom 4 on **November 15, 2022 at 11:00 a.m. (Eastern Standard Time).**[1]

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH**

---

[1] Please note that all hearings are conducted by telephone as follows: Judge Ashely Chan – Dial 877-873-8017; Access Code 3027681. Press # and speak your name when prompted.

**THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

                                                 Respectfully Submitted,

                                                 **BIELLI & KLAUDER, LLC**

Dated: October 19, 2022                     */s/ Thomas D. Bielli*
                                                 Thomas D. Bielli (No. 202100)
                                                 1905 Spruce Street
                                                 Philadelphia, PA 19103
                                                 Phone: (215) 642-8271
                                                 tbielli@bk-legal.com

                                               *Counsel for the Movants*