# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOANNE LAWRENCE | Case No. 20-14010 (AMC) |
| Debtor. | |

## CERTIFICATE OF NO OBJECTION
### Re: D.I. 41

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of Gloria and Leslie Brooks for Relief From the Automatic Stay* [Docket No. 41], filed on October 19, 2022. The undersigned further certifies that a review of the Court's docket in this case reflects no answer, objection, or other responsive pleading to the Application. Pursuant to notice, objections were to be filed and served no later than November 3, 2022.

Dated: November 10, 2022

**BIELLI & KLAUDER, LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
Email: tbielli@bk-legal.com

*Counsel for the Movants*