# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| JOANNE LAWRENCE | Case No. 20-14010 (AMC) |
| Debtor. | |

## ORDER GRANTING MOTION OF GLORIA AND LESLIE BROOKS FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of Gloria and Leslie Brooks ("the Movants") for relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code (the "Motion"); the Court having reviewed the Motion; and it appearing that due and adequate notice was provided under the circumstances; and the Court having found that (i) the Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief requested; and after due consideration of the Motion and any responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The stay imposed under 11 U.S.C. § 362(a) is hereby modified to allow the Movants to continue pursuit of the State Court Action[1] in the Court of Common Pleas of Philadelphia County, Pennsylvania, with the case captioned as *Gloria Brooks and Leslie Brooks, w/h v. Joanna Lawrence*, Case ID: 200800041, Court of Common Pleas of Philadelphia County,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2

so that the Movants may adjudicate and liquidate their claims against the Debtor and recover any claims in the State Court Action against any available and applicable insurance.

    3.    The fourteen-day (14) stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order shall be effective immediately upon its entry.

    4.    The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: _____

**Date: November 16, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge