United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14010-amc |
| Joanne Lawrence | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joanne Lawrence, 1541 E. Upsal Street, Philadelphia, PA 19150-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 16 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2022 23:57:00 | PNC Bank, N.A., PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association bnicholas@kmllawgroup.com, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 4

bkgroup@kmllawgroup.com

DAVID M. OFFEN

on behalf of Debtor Joanne Lawrence dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

THOMAS DANIEL BIELLI

on behalf of Creditor Leslie Brooks tbielli@bk-legal.com bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Creditor Gloria Brooks tbielli@bk-legal.com bhoffmann@bk-legal.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 |
|---|---|
| JOANNE LAWRENCE | Case No. 20-14010 (AMC) |
| Debtor. | |

### ORDER GRANTING MOTION OF GLORIA AND LESLIE BROOKS FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of Gloria and Leslie Brooks ("the Movants") for relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code (the "Motion"); the Court having reviewed the Motion; and it appearing that due and adequate notice was provided under the circumstances; and the Court having found that (i) the Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief requested; and after due consideration of the Motion and any responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The stay imposed under 11 U.S.C. § 362(a) is hereby modified to allow the Movants to continue pursuit of the State Court Action[1] in the Court of Common Pleas of Philadelphia County, Pennsylvania, with the case captioned as *Gloria Brooks and Leslie Brooks, w/h v. Joanna Lawrence*, Case ID: 200800041, Court of Common Pleas of Philadelphia County,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

so that the Movants may adjudicate and liquidate their claims against the Debtor and recover any claims in the State Court Action against any available and applicable insurance.

    3.    The fourteen-day (14) stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived and this Order shall be effective immediately upon its entry.

    4.    The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: _____

**Date: November 16, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

2